**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TRINSIC RESIDENTIAL GROUP LP | |
| Plaintiff, | |
| v. | Case No. 1:22- cv-03056-ELH |
| EXCELSIOR COMMUNITIES LLC, *et al.* | |
| Defendants. | |

**LINE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Trinsic Residential Group LP, by and through undersigned counsel, hereby dismisses the above-captioned action with prejudice.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:      */s/ Jeffrey M. Schwaber*

Jeffrey M. Schwaber (Bar ID 06095)
jschwaber@steinsperling.com
Direct: 301-838-3210
Fax: 301-354-8110

        */s/ Judith G. Cornwell*

Judith G. Cornwell (Bar ID 20777)
jcornwell@steinsperling.com
Direct:  301-838-3314
Fax: 301-354-8314

1101 Wootton Parkway, Suite 700
Rockville, Maryland 20852

-and-

2

HAYNES AND BOONE, LLP

Joseph Lawlor (*pro hac vice)*
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Direct: 212-659-4985
Fax: 212-884-9564
joseph.lawlor@haynesboone.com

*Attorneys for Plaintiff Trinsic Residential
Group LP*

2

9559594_1